UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISITORSCOVERAGE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IK INS GROUP, INC.,<br><br>    Defendant. | Case No. 15-cv-00974-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER [OR SCHEDULING AND PRETRIAL ORDER]** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 7, 2015 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | September 14, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | July 1, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | December 15, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: November 2, 2015<br>Rebuttal: November 16, 2015 |
| EXPERT DISCOVERY CUTOFF: | December 15, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | February 23, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 13, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 27, 2016 |
| PRETRIAL CONFERENCE: | Friday, June 10, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 27, 2016 at 8:30 a.m. for 3 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance hearing on Friday, May 13, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

[Parties are advised that while the Court set a trial date in this action, the trial date may be advanced if the calendar opens.  Said trial date will not be sooner than eight (8) weeks after the close of discovery.]

[Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be done pursuant to a separate Court Order.  The parties are directed to submit a JOINT proposed order to the Court within five (5) business days following the date of the Case Management Conference which sets forward the modifications.]

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 18, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge