SCOTT D. GATTEY (CA State Bar # 180875)
Gattey Law Office
1001 Laurel Street, Suite C
San Carlos, California 94070
Telephone: 650.596.7123
Facsimile: 877.269.4437
scott@gatteylaw.com

Attorneys for Plaintiff VISITORSCOVERAGE, INC.

Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
QUINTANA LAW GROUP
A Professional Law Corporation
26135 Mureau Road, Suite 203
Calabasas, California 91302
Telephone:  (818) 914-2100
Facsimile:  (818) 914-2101
E-mail: andres@qlglaw.com
         john@qlglaw.com

Attorneys for Defendant IK INS GROUP, INC.

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*10/21/15*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISITORSCOVERAGE, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>IK INS GROUP, INC., a New Jersey Corporation,<br><br>            Defendants. | CASE NO.  3:15-CV-00974-YGR<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION** |

TO THE COURT, ALL PARTIES, AND ANY COURT-CONNECTED ADR NEUTRAL INVOLVED IN THIS CASE:

Plaintiff VISITORSCOVERAGE, INC. ("VisitorsCoverage" or "Plaintiff) and defendant IK INS GROUP, INC. ("IIG" or "Defendant") previously entered into a Confidential Settlement Agreement in this case.

The conditions precedent to the settlement becoming effective having occurred, Plaintiff hereby requests dismissal of the action in its entirety, with each party to bear its own attorneys' fees and costs.

DATED: October 20, 2015          GATTEY LAW OFFICE

By:  Scott D. Gattey

       /s/
Scott D. Gattey, Esq.
Attorneys For Plaintiff VISITORSCOVERAGE, INC.